IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRENDA MARCELL OWEN,

       Plaintiff,　　　　　　　　　　　　　　　　　ORDER

  v.　　　　　　　　　　　　　　　　　　　　　　　18-cv-100-wmc

CAROLYN COLVIN, Deputy Commissioner
for Operations, performing the duties and functions not
reserved to the Commissioner of Social Security,

       Defendant.

---

BRENDA MARCELL OWEN,

       Plaintiff,　　　　　　　　　　　　　　　　　ORDER

  v.　　　　　　　　　　　　　　　　　　　　　　　18-cv-101-wmc

CAROLYN COLVIN, Deputy Commissioner
for Operations, performing the duties and functions not
reserved to the Commissioner of Social Security,

       Defendant.

---

BRENDA MARCELL OWEN,

       Plaintiff,　　　　　　　　　　　　　　　　　ORDER

  v.　　　　　　　　　　　　　　　　　　　　　　　18-cv-106-wmc

CAROLYN COLVIN, Deputy Commissioner
for Operations, performing the duties and functions not
reserved to the Commissioner of Social Security,

       Defendant.

---

Plaintiff Brenda Marcell Owen filed three *pro se* complaints against the Commissioner of the Social Security Administration and the court granted her leave to proceed *in forma pauperis* in an order entered on February 21, 2018, in each case. In that same order, the court directed Owen by March 30, 2018, to show that she had completed all the steps of the administrative process and obtained a final decision from the commissioner. Owen was warned that her failure to show that she has obtained a final decision (or decisions) would result in dismissal of her lawsuits. To date, Owen has not filed the information as directed or otherwise shown she has completed the administrative process. Owen's most recent filings suggest that she may have received a denial of a claim, but that document is not a final decision from the Commissioner.

Accordingly, under the inherent power necessarily vested in a court to manage its own docket, these three case will be dismissed without prejudice.

ORDER

IT IS ORDERED that cases 18-cv-100-wmc, 18-cv-101-wmc and 18-cv-106-wmc filed by Brenda Marcell Owen are DISMISSED without prejudice. The clerk of court is directed to enter judgment in each of these three actions in favor of defendant and close these cases.

Entered this 18th day of April, 2018.

BY THE COURT:
/s/
WILLIAM M. CONLEY
District Judge