**FORM 1. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT**

Form 1
Rev. 03/16

**United States District Court**

for the

District of

_U.S. Court_                           _Appeals_

*RECEIVED*

*MAY 10 2018*

United States Court of Appeals
For The Federal Circuit

_Brenda Marcell Owen_ ,        Plaintiff,

v.                     Case No. _18-CV-100-WMC_

_Nancy Berryhill_ ,        Defendant.

**NOTICE OF APPEAL**

Notice is hereby given that _Brenda Marcell Owen_
(name all parties * taking the appeal) in the above named case hereby appeal to the United States
Court of Appeals for the Federal Circuit _Howard T Markey National Courts Building_
(from the final judgment) ((from an order) (describe the order)) entered in this action on _18th day of April 2018_

_Ordered cases #18-CV-100-wmc_
_#18-CV-101-wmc_
_#18-CV-106-wmc_  _Brenda Marcell Owen_
                    (Signature of appellant or attorney)

_Brenda Marcell Owen_
_506 North Main Street, oregon, Wisconsin, 53575_

(Address of appellant or attorney and e-mail address) _bmarcellowen@gmail.com_

[ Reset Fields ]

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.